1

2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2024

SEAN F. McAVOY, CLERK

3

4

5                UNITED STATES DISTRICT COURT

6                EASTERN DISTRICT OF WASHINGTON

7  DANIEL F. SHIRLEY,                    No. 2:23-CV-00349-MKD

8                    Plaintiff,          ORDER OF DISMISSAL AS TO
                                         DEFENDANTS BMW OF NORTH
9       v.                               AMERICA, LLC, AND BMW
                                         FINANCIAL SERVICES NA, LLC
10  BMW OF NORTH AMERICA, LLC, a
    foreign limited liability company; BMW   **ECF No. 22**
11  FINANCIAL SERVICES NA, LLC, a
    foreign limited liability company; BMW
12  OF SPOKANE, a foreign limited
    liability company,
13
                    Defendants.

14      Before the Court is a Stipulation of Dismissal with Prejudice, ECF No. 22.

15  Plaintiff and Defendants BMW of North America, LLC and BMW Financial

16  Services NA, LLC stipulate to the dismissal of all claims against those Defendants

17  with prejudice and without an award of costs or fees.  *Id.* at 2.  Defendant BMW of

18  Spokane does not object to the stipulated dismissal.  ECF No. 23.  Pursuant to Fed.

19  R. Civ. P. 41(a)(1)(B), an action may be dismissed at the plaintiff's request by

20

ORDER - 1

court order on terms that the court considers proper.  The Court finds good cause to

grant the stipulated dismissal on the terms of the stipulation.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The Stipulation of Dismissal with Prejudice, **ECF No. 22**, is

**GRANTED.**

2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(B) and the parties' stipulation, all

claims brought by Plaintiff against Defendants BMW of North America, LLC and

BMW Financial Services NA, LLC are **DISMISSED with prejudice**, without an

award of fees or costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this

Order, provide copies to counsel, and **TERMINATE Defendants BMW of North**

**America, LLC and BMW Financial Services NA, LLC from this action**.

DATED September 12, 2024.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2