THE HONORABLE MARY K. DIMKE
Trial Date: February 3, 2025

Meredith A. Sawyer
HWS LAW GROUP
1500 Fourth Ave, Suite 200
Seattle WA 98101
Phone: 206-262-1200
Email: msawyer@hwslawgroup.com

Anthony R. Scisciani III
HWS LAW GROUP
1500 Fourth Ave, Suite 200
Seattle WA 98101
Phone: 206-262-1200
Email: Ascisciani@hwslawgroup.com

*Attorneys for Defendant BMW of Spokane*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL F. SHIRLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a foreign limited liability company, BMW FINANCIAL SERVICES NA, LLC, a foreign limited liability company, BMW OF SPOKANE, a foreign limited liability company,<br><br>　　　　　Defendants. | Case No. 2:23-CV-00349-MKD<br><br>**STIPULATED MOTION FOR SHORT EXTENSION OF DISPOSITIVE MOTIONS DEADLINE**<br><br>**AND**<br><br>**[PROPOSED] ORDER** |

**COMES NOW**, the Parties by and through their counsel of record, and respectfully move this Court, via stipulation as follows:

### I.　　STIPULATION

1. The parties make this motion in good faith and not for the purpose of unreasonable delay.

2. The parties incorporate by reference the following:

    a. Bench Trial Scheduling Order, filed February 8, 2024 [ECF#16];

STIPULATED MOTION FOR SHORT EXTENSION
OF DEADLINE TO PRESERVE THE STATUS QUO
AND EXPLORE SETTLEMENT VIA MEDIATION- Page 1

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

    b. Stipulation of Dismissal with Prejudice as to Defendants BMW of North America, LLC and BMW Financial Services, NA, LLC, filed September 4, 2024 [ECF#22];

    c. Defendant BMW of Spokane's Notice of Non-objection to Stipulation of Dismissal with Prejudice as to Defendants BMW of North America, LLC, and BMW Financial Services, NA, LLC, filed September 11, 2024 [ECF#23]; and

    d. Order of Dismissal as to Defendants BMW of North America, LLC, and BMW Financial Services, NA, LLC, filed September 12, 2024 [ECF#24].

3. Pursuant to the Bench Trial Scheduling Order [ECF#16], All dispositive and state certification motions must be filed by **September 13, 2024**.

4. Pursuant to the Bench Trial Scheduling Order [ECF#16], each party must file and serve a notice of to-be-adjudicated claims and defenses by **September 13, 2024**.

5. The parties have discussed the current case schedule and deadlines, in conjunction with the dismissal of BMW NA, LLC and BMW Financial Services, and are working to schedule a mediation to be held within the next two (2) weeks.

6. The parties have discussed and agreed to a brief, two (2) week extension of the deadline to file dispositive motions, so that the status quo is preserved pending the aforementioned mediation.

For the above reasons, the Parties jointly request that this Court grant this Stipulated Motion for Short Extension of Dispositive Motions Deadline to September 27, 2024.

///
///
///
///
///
///
///

STIPULATED MOTION FOR SHORT EXTENSION OF DEADLINE TO PRESERVE THE STATUS QUO AND EXPLORE SETTLEMENT VIA MEDIATION- Page 2

HWS LAW GROUP
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

Respectfully submitted this 13th day of September 2024.

LAW OFFICE OF EOWEN S. ROSENTRATER, PLLC

By: */s/Eowen S. Rosentrater*
Eowen S. Rosentrater, WSBA No. 36744
108 N. Washington, Suite 302
Spokane, WA 99201
Phone: (509) 868-5389
eowen@eowenlawoffice.com
*Attorney for Plaintiff Daniel F. Shirley*

HWS LAW GROUP

By: */s/ Aaron A. John*
Meredith A. Sawyer, WSBA No. 33793
msawyer@hwslawgroup.com
Anthony R. Scisciani III, WSBA 32342
ascisciani@hwslawgroup.com
Aaron A. John, WSBA 56459
ajohn@hwslawgroup.com
*Attorneys for Defendant BMW of Spokane*

STIPULATED MOTION FOR SHORT EXTENSION OF DEADLINE TO PRESERVE THE STATUS QUO AND EXPLORE SETTLEMENT VIA MEDIATION- Page 3

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

## II. ORDER

**IN CONFORMITY** with the foregoing Stipulation, **IT IS SO ORDERED.**

The Court's February 8, 2024, Bench Trial Scheduling Order shall issue be amended to allow a two (2) week extension of the deadline for all dispositive motions and notice of to-be-adjudicated claims and affirmative defenses to September 27, 2024, in conformity herewith.

DATED this _____ day of _____ 2024.

_____
HONORABLE JUDGE MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR SHORT EXTENSION OF DEADLINE TO PRESERVE THE STATUS QUO AND EXPLORE SETTLEMENT VIA MEDIATION- Page 4

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

CERTIFICATE OF SERVICE

I certify that on September 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notification and service of such filing to all CM/ECF participants.

DATED this 13th day of September 2024.

/s/ Eowen S. Rosentrater
EOWEN S. ROSENTRATER, WSBA No. 36744

STIPULATED MOTION FOR SHORT EXTENSION OF DEADLINE TO PRESERVE THE STATUS QUO AND EXPLORE SETTLEMENT VIA MEDIATION- Page 5

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065