FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL F. SHIRLEY,<br><br>        Plaintiff,<br><br>v.<br><br>BMW OF SPOKANE, a foreign limited liability company,<br><br>        Defendant. | No. 2:23-CV-00349-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 31** |

      Before the Court is a Stipulation of Dismissal with Prejudice, ECF No. 31. Plaintiff and Defendant BMW of Spokane stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared and who have not already been dismissed from this case.

      Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1.    The Stipulation of Dismissal with Prejudice, **ECF No. 31**, is **GRANTED.**

2.    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all remaining claims are **DISMISSED with prejudice**, without an award of fees or costs.

3.    All pending motions, if any, are **DENIED as moot**.

4.    All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the counsel, and **CLOSE the file**.

DATED October 23, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2